

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00268-CV

**ESTATE OF** Marcellus **BRISCOE**, Deceased, By and Through his Executrix Dorothy
Hindman; Kimberly Sherlae Houston; and James Briscoe,
Appellants

v.

**FCA US LLC** f/k/a Chrysler Group LLC; Vitesco Technologies USA, LLC and its predecessor
in interest Continental Automotive Systems, Inc.; Broadway Lone Star LTD; West Loop
Mitsubishi,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI07142
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: August 13, 2025

DISMISSED

In May 2025, Appellants Estate of Marcellus Briscoe, deceased, by and through his

Executrix Dorothy Hindman, Kimberly Sherlae Houston, and James Briscoe ("the Briscoe

Appellants") filed a notice of appeal, stating their intent to appeal from the following orders signed

by the trial court: (1) the trial court's October 3, 2024 order granting FCA US LLC's Traditional

and No-Evidence Motion for Summary Judgment; (2) the trial court's October 8, 2024 order granting Vitesco Technologies USA, LLC's Traditional and No-Evidence Motion for Summary Judgment; and (3) the trial court's December 20, 2024 order granting Broadway Lone Star, Ltd. and West Loop Mitsubishi's Traditional and No-Evidence Motion for Summary Judgment, which were made final by the trial court's final judgment of April 4, 2025. Broadway Lone Star, Ltd. and West Loop Mitsubishi ("the Broadway Appellants") filed their own notice of appeal, stating their intent to appeal from the trial court's October 17, 2024 order granting Velesco Technologies USA, LLC's Traditional and No-Evidence Motion for Summary Judgment and Denying Broadway Lone Star, Ltd. and West Loop Mitsubishi's Traditional Motion for Summary Judgment, which were made final by the trial court's final judgment of April 4, 2025.

On July 24, 2025, the Briscoe Appellants filed a motion to dismiss their appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). The motion contains a certificate of service to appellees, which have not opposed the motion. We thus grant the motion and dismiss the Briscoe Appellants' appeal. *See* TEX. R. APP. P. 42.1(a). The Broadway Appellants' appeal remains pending on the docket of this court.

PER CURIAM